**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCINDA RAST,<br><br>            Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SUTTER HEALTH LONG TERM DISABILITY PLAN, and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. 2:16-cv-00489-TLN-KJN<br><br>Honorable Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION TO BRIEFLY CONTINUE THE DISCOVERY CUT-OFF DEADLINE PENDING MEDIATION**<br><br><br>Complaint Filed:   March 8, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY CUT-OFF DEADLINE
Case No. 2:16-cv-00489-TLN-KJN
**Error! Unknown document property name.**

# **ORDER**

Having reviewed the parties' Stipulation to Briefly Continue the Discovery Cut-Off Deadline Pending Mediation, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED as follows:

1. The Discovery Cut-Off deadline and is hereby continued from April 10, 2017 to June 12, 2017;

2. All other deadlines set forth in the Scheduling Order are to remain the same.

**IT IS SO ORDERED.**

DATED: February 10, 2017

_____
Troy L. Nunley
United States District Judge

1
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY CUT-OFF DEADLINE
Case No. 2:16-cv-00489-TLN-KJN
**Error! Unknown document property name.**

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800