Lee S. Harris, SBN 76699
    lharris@g3mh.com
Adrian Hern, SBN 202958
    ahern@g3mh.com
**GOLDSTEIN, GELLMAN, MELBOSTAD,
HARRIS & MCSPARRAN, LLP**
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
T: (415) 673-5600 | F: (415) 673-5606

Attorneys for Plaintiff Lucinda Rast

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA RAST,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SUTTER HEALTH LONG TERM DISABILITY PLAN, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-00489-TLN-KJN<br><br>Honorable Troy L. Nunley<br><br>**STIPULATION AND ORDER CONTINUING MOTION TO COMPEL DISCOVERY RESPONSES TO PLAINTIFF RAST'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO EACH/ALL DEFENDANTS**<br><br>Date:  May 18, 2017<br>Time:  9:30 a.m.<br>Place:  Courtroom 2, 15th Floor<br><br>Complaint Filed: March 8, 2016 |

**TO: ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD**:

IT IS HEREBY STIPULATED by and between Plaintiff LUCINDA RAST ("Plaintiff") and Defendants METROPOLITAN LIFE INSURANCE COMPANY and SUTTER HEALTH LONG TERM DISABILITY PLAN ("Defendants") (collectively, the "Parties") through their respective attorneys of record as follows:

    1.    The Parties have met and conferred and, by and through counsel, hereby stipulate and agree to a continuance of the hearing date from the currently scheduled hearing date of **May 18, 2017** to Thursday, **June 1, 2017**, or as the Court may allow;

1.

2. The Parties, by and through counsel, hereby further stipulate and agree that the Joint Statement Re: Discovery Disagreement with accompanying Memorandum of Points and Authorities to be filed seven (7) days prior to the original hearing date shall be due per code based on the new hearing date of **June 1, 2017**;

3. No other deadlines in this action will be altered by this stipulation.

## GOOD CAUSE

**Good Cause exists for the requested continuance.** The parties continue to discuss the possibility of a stipulation regarding the nature of the documents Plaintiff seeks, which would otherwise obviate the need for Plaintiff's motion to compel. While those negotiations continue, the parties agreed to postpone the hearing date to avoid further briefing.

The change will not alter any other date or event already fixed by Court Order.

## ATTESTATION OF JOINT SIGNATURE / FILING

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendants' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

IT IS SO STIPULATED.

Dated: May 11, 2017.

**GOLDSTEIN, GELLMAN, MELBOSTAD, HARRIS, & McSPARRAN, LLP**

By: /s/ Lee S. Harris *[electronically signed]*
Lee S. Harris
Adrian Hern
*Attorneys for Plaintiff*
LUCINDA RAST

Dated: May 11, 2017.

**HINSHAW & CULBERTSON LLP**

By: /s/ Misty Murray *[electronically signed]*
Misty A. Murray
Adam B. Rucker
*Attorneys for Defendants*
METROPOLITAN LIFE INSURANCE

2.

*COMPANY and THE SUTTER HEALTH LONG TERM DISABILITY PLAN*

# ORDER

The Parties having so stipulated, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. The Hearing on Plaintiff LUCINDA RAST's Motion to Compel Discovery Responses to Plaintiff RAST's First Set of Interrogatories and First Request for Production of Documents Addressed to Each/All Defendants shall be continued from the currently scheduled hearing date of May 18, 2017, to June 1, 2017;

2. **IT IS FURTHER ORDERED THAT** the Joint Statement Re: Discovery Disagreement with accompanying Memorandum of Points and Authorities to be filed seven (7) days prior to the original hearing date shall be due based on the new hearing date of June 1, 2017.

**IT IS SO ORDERED.**

Dated: May 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE